**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8140**

_____

RECO TAYLOR,

                Petitioner - Appellant,

     v.

UNITED STATES OF AMERICA; M. L. RIVERA,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:08-cv-03610-JFA)

_____

Submitted: March 16, 2010      Decided: March 23, 2010

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Reco Taylor, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reco Taylor, a federal prisoner, appeals the district court's order adopting portions of the report and recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Taylor v. United States, No. 3:08-cv-03610-JFA (D.S.C. Oct. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED